UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2023

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Solorzano, Juan Molina | Docket No. | 0980 1:21CR02004-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Juan Molina Solorzano, who was placed under pretrial release supervision by the Honorable Chief U.S. District Judge Stanley A. Bastian, sitting in the court at Yakima, Washington, on the 16th day of November 2022, under the following conditions:

**Special Condition No. 9:** Home Detention: Defendant shall be restricted to his/her residence at all times except for attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of release were reviewed and signed by Mr. Solorzano on November 17, 2022, acknowledging an understanding of his pretrial release conditions.

Violation No. 1: Mr. Solorzano is alleged to be in violation of his pretrial release conditions by deviating from approved leave granted by the probation officer, while under the location monitoring program, on August 14, 2023.

On August 15, 2023, this officer reviewed Mr. Solorzano's location monitoring Global Positioning System (GPS) points for the day prior in the BI Total Access (BI) location monitoring system. Per BI, Mr. Solorzano was observed stationary (four separate GPS points) on August 14, 2023, at 310 South 10th Avenue, Yakima, Washington 98901, from 6:15 p.m. to 6:18 p.m. This officer contacted Mr. Solorzano and inquired why he was at 310 South 10th Avenue in Yakima. Mr. Solorzano said after he got off work and he stopped by his previous residence to pick up mail that was still being sent there.

This officer asked Mr. Solorzano if he had received permission from the probation office before stopping at his previous residence. Mr. Solorzano stated he did not. This officer asked Mr. Solorzano why he did not ask for permission. Mr. Solorzano said he did not think to ask. This officer explained to Mr. Solorzano he could not deviate from his approved employment request per his release conditions, and he was also reminded that we had this same conversation on February 1, 2023, in which he received a verbal reprimand for an unapproved outing. He was advised a petition would be submitted to the Court the next time he did something similar. Mr. Solorzano voiced his understanding.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | | |
|---|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. | |
| | Executed on: | August 17, 2023 |
| by | s/Kyle Mowatt | |
| | Kyle Mowatt U.S. Pretrial Services Officer | |

PS-8

Re: Solorzano,, Juan Molina
August 17, 2023
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

August 17, 2023

Date