UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 29, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Solorzano, Juan Molina | Docket No. | 0980 1:21CR02004-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Juan Molina Solorzano, who was placed under pretrial release supervision by the Honorable Chief U.S. District Judge Stanley A. Bastian, sitting in the court at Yakima, Washington, on the 16th day of November 2022, under the following conditions:

**Special Condition No. 6:** Defendant shall abstain totally from the use of alcohol.

**Special Condition No. 9:** Home Detention: Defendant shall be restricted to his/her residence at all times except for attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of release were reviewed and signed by Mr. Solorzano on November 17, 2022, acknowledging an understanding of his pretrial release conditions.

**Violation No. 2:** Mr. Solorzano is alleged to be in violation of his pretrial release conditions by consuming alcohol on August 25, 2023.

On August 28, 2023, this officer received a video showing Mr. Solorzano at a restaurant consuming what appeared to be alcohol on August 25, 2023. This officer reviewed Mr. Solorzano's location monitoring Global Positioning System (GPS) points for August 25, 2023, in the BI Total Access (BI) location monitoring system. Mr. Solorzano was approved to pick up food at Sabrosito restaurant (Sabrosito) at 610 North 1st, Yakima, Washington, from 3 p.m. to 5 p.m. Per BI, Mr. Solorzano departed his residence at 2:55 p.m and arrived at Sabrosito at 3:01 p.m. Mr. Solorzano departed Sabrosito at 5:11 p.m. and arrived home at 5:17 p.m. Mr. Solorzano was not approved to leave his residence before 3 p.m. and failed to return at 5 p.m.

This officer contacted Mr. Solorzano and inquired if he was consuming alcohol on Friday, August 25, 2023. At first, Mr. Solorzano denied consuming alcohol at Sabrosito. After this officer explained to him that this officer had seen the video of him appearing to be consuming a bottled alcoholic beverage, he admitted he consumed a sip of the bottled alcoholic beverage.

**Violation No. 3:** Mr. Solorzano is alleged to be in violation of his pretrial release conditions by not abiding by his pre-approved leave activities, by departing his residence before his approved leave time and returning later than his approved end time on August 25, 2023.

Please refer to narrative found in Violation #2.

Re: Solorzano, Juan Molina
August 29, 2023
Page 2

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATIONS WITH VIOLATION PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 08/29/2023

by s/Kyle Mowatt

Kyle Mowatt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

August 29, 2023
Date