# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 11, 2024

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Solorzano, Juan Molina | Docket No. | 0980 1:21CR02004-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Juan Molina Solorzano, who was placed under pretrial release supervision by the Honorable Chief U.S. District Judge Stanley A. Bastian, sitting in the court at Yakima, Washington, on the 16th day of November 2022, under the following conditions:

**Standard Condition No. 1:** Defendant shall not commit any offense in violation of federal, state, tribal, or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of release were reviewed and signed by Mr. Molina Solorzano on November 17, 2022, acknowledging an understanding of his pretrial release conditions.

**Violation No. 1:** Mr. Molina Solorzano is alleged to be in violation of his pretrial release conditions by being charged for operating vehicle without ignition interlock in Yakima County on September 20, 2024.

On September 10, 2024, a Yakima Police Department (YPD) officer was on duty, in full uniform, and driving his assigned patrol vehicle. At approximately 1133 hours, the YPD officer was northbound on Custer Avenue, at West Lincoln Avenue, when he observed Washington license plate number CML9613 westbound on West Lincoln Avenue with no front plate visible anywhere on the front of the vehicle. The officer initiated a traffic stop by activating his emergency lights and stopping at the 500 block of Lewis Avenue.

The driver identified himself with his Washington driver's license card as Juan Molina Solorzano (7/17/1987). Mr. Molina Solorzano showed the officer the front plate on the front dash. The officer was unable to see the plate as the vehicle passed him. With his in-car computer, the officer ran Mr. Molina Solorzano in YPD's records management system, Spillman, and the Department of Licensing (DOL), for law enforcement contact and vehicle registration. In Spillman, it was noted that Mr. Molina Solorzano had been warned in another vehicle for no front plate attachment on March 29, 2023. Mr. Molina Solorzano's driving status showed he was required to have a pretrial ignition interlock. The officer re-contacted Mr. Molina Solorzano and asked him about the ignition interlock. Mr. Molina Solorzano told the officer the vehicle did not have it, and he should not have that requirement anymore. The officer did not observe any ignition interlock installed in the vehicle.

The YPD officer cited Mr. Molina Solorzano for not having a front plate attachment. The officer gave Mr. Molina Solorzano a copy of the Notice of Infraction (NOI) and advised him of the 30-day period. The officer showed Mr. Molina Solorzano where his options to respond were located on the NOI. The officer advised Mr. Molina Solorzano that charges for no ignition interlock would be forwarded to prosecutor for review.

PS-8
Re: Solorzano, Juan Molina
October 10, 2024
Page 2

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 10/10/2024

by s/Kyle Mowatt

Kyle Mowatt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

10/11/2024
Date