PS 42
(Rev 07/93)

## United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 09, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs ) | |
| ) | |
| Juan Solorzano ) | Case No. 1:21CR02004-SAB-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Juan Solorzano, have discussed with Kyle Mowatt, Pretrial Services/Probation Officer, modification of my release as follows:

Mr. Solorzano is currently on pretrial supervision for possession with intent to distribute over 500 grams of a mixture or substance containing a detectable amount of methamphetamine. He was released to the community on November 17, 2022, under pretrial conditions that include Global Positioning System (GPS) location monitoring and home detention.

Since his release, Mr. Solorzano has successfully completed outpatient substance abuse treatment and has maintained full-time employment. He has appeared before Your Honor twice for alleged violations of his pretrial supervision: once on August 30, 2023, for deviating from his approved leave schedule and consuming alcohol, and again on November 5, 2024, for operating a vehicle without an ignition interlock. The latter violation was dismissed on November 19, 2024.

Following his relapse in August 2023, Mr. Solorzano has since provided clean urinalyses. He is requesting to be placed on GPS curfew so he can participate in family activities, such as going to the movies, dining out, and visiting relatives for the upcoming holidays, which are currently prohibited under his home detention conditions.

### Removal of the following Special Condition:

**Special Condition #9:** Home Detention: Defendant shall be restricted to his approved residence at all times except for attorney visits, court appearances, case-related matters, court-ordered obligations, or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.

### Addition of the following Special Condition:

**Special Condition #9:** Curfew: Defendant shall be restricted to Defendant's residence every day from 8:00 p.m. to 8:00 a.m. except for medical emergencies or as approved by U.S. Probation. U.S. Probation has the authority to approve any modifications to Defendant's curfew as needed for employment.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12/4/2024     _____  12/4/2024
Signature of Defendant            Date           Pretrial Services/Probation Officer   Date

Juan Solorzano                                   Kyle Mowatt

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____ 19982    12/5/24
Signature of Defense Counsel              Date

Nicholas Marchi

[ ]  The above modification of conditions of release is ordered, to be effective on _____.

[X]  The above modification of conditions of release is <u>not</u> ordered.    See Order.

_____              12/9/2024
Signature of Judicial Officer                 Date

Alexander C. Ekstrom, U.S. Magistrate Judge

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN MOLINA SOLORZANO,<br><br>Defendant. | No. 1:21-cr-02004-SAB-1<br><br>CONSENT/ORDER TO MODIFY CONDITIONS OF RELEASE |

Before the Court is Defendant's Consent to Modify Conditions of Release. The United States Probation/Pretrial Services Office requests that the Court replace Defendant's home detention condition with a curfew so that Defendant may participate in family activities, including visiting relatives for the upcoming holidays. Defendant and defense counsel consent to the modification.

Given Defendant's prior relapse and the upcoming holidays—which often prove difficult for defendants on pretrial release—the Court will not remove Special Condition No. 9 which requires home detention. However, the Court will allow Defendant discretionary leave to attend family activities as preapproved by the United States Probation/Pretrial Services Office.

Accordingly, **IT IS ORDERED:**

1. Defendant's Consent to Modify Conditions of Release is **GRANTED IN PART AND DENIED IN PART**.

ORDER - 1

2.   Defendant shall remain released on all previously imposed conditions of release.  In addition, Defendant shall abide by the following:

**SPECIAL CONDITION**

**10. <u>Discretionary Leave</u>: Defendant shall be permitted to attend family events and activities as pre-approved by the United States Probation/Pretrial Services Office.  Defendant shall provide that Office with the date, time, and details of the activity at least three days prior to the requested date.**

3.   All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 9, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2