# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2025

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Solorzano, Juan Molina | Docket No. | 0980 1:21CR02004-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Juan Molina Solorzano, who was placed under pretrial release supervision by the Honorable Chief U.S. District Judge Stanley A. Bastian, sitting in the Court at Yakima, Washington, on the 16th day of November 2022, under the following conditions:

**Standard Condition No. 9**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition No. 6**: Defendant shall abstain totally from the use of alcohol.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of release were reviewed and signed by Mr. Solorzano on November 17, 2022, acknowledging an understanding of his pretrial release conditions.

**Violation No. 1**: Mr. Solorzano is alleged to be in violation of his pretrial release conditions by consuming a controlled substance, methamphetamine (meth), on February 26, 2025.

On February 28, 2025, United States Probation Officer Casey, and this officer, conducted a home inspection at Mr. Solorzano's residence. During the visit, Mr. Solorzano provided a urine sample that tested positive for meth and alcohol. Initially, he denied consuming either substance; however, he eventually admitted he had used meth on February 26, 2025, and alcohol on February 27, 2025. When this officer asked Mr. Solorzano about his substance use, he explained he had met an old friend at work and decided to use methamphetamine with them and he consumed alcohol during lunch at a restaurant the previous day.

Mr. Solorzano signed an admission from admitting to the meth and alcohol use.

**Violation No. 2**: Mr. Solorzano is alleged to be in violation of his pretrial release conditions by consuming alcohol on February 27, 2025.

Please refer to narrative found in Violation Number 1.

      PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|--|--|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: March 4, 2025 |
| by | s/Kyle Mowatt |
|  | Kyle Mowatt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [X] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

3/4/2025
Date