# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 20, 2026

SEAN F. McAVOY, CLERK

for

Eastern District of Washington

ECF No 177

U.S.A. vs.              Solorzano, Juan Molina              Docket No.      0980 1:21CR02004-SAB-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Juan Molina Solorzano, who was placed under pretrial release supervision by the Honorable Chief U.S. District Judge Stanley A. Bastian, sitting in the Court at Yakima, Washington, on the 16th day of November 2022, under the following conditions:

**Standard Condition No. 1**: Defendant shall not commit any offense in violation of federal, state, tribal, or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of release were reviewed and signed by Mr. Solorzano on November 17, 2022, acknowledging an understanding of his pretrial release conditions.

**Violation No. 1**: Mr. Solorzano is considered to be in violation of his supervised release conditions by being arrested and charged with distributing 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, per indictment, docket number 1:26CR2019-SAB-1, filed on April 15, 2026.

Per the indictment filed on April 15, 2026, on January 21, 2026, in the Eastern District of Washington, the Defendant, Juan Molina Solorzano, did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[-1-(2-phenylethyl)-4-piperidinyl] propenamide (a.k.a. fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841 (a)(1), (b)(1)(B)(vi).

**Violation No. 2**: Mr. Solorzano is considered to be in violation of his supervised release conditions by being arrested and charged with distributing 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, per indictment, docket number 1:26CR2019-SAB-1, filed on April 15, 2026.

Per the indictment filed on April 15, 2026, on  February 6, 2026, in the Eastern District of Washington, the Defendant, Juan Molina Solorzano, did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[-1-(2-phenylethyl)-4-piperidinyl] propenamide (a.k.a. fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841 (a)(1), (b)(1)(B)(vi).

PRAYING THAT THE COURT WILL ORDER A WARRANT

**PS-8**
**Re: Solorzano, Juan Molina**
**April 20, 2026**
**Page 2**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     April 20, 2026

by     s/Kyle Mowatt

Kyle Mowatt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

4/20/2026

Date